UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:03-cr-10162-GAO |
| | ) | |
| STEPHEN BERRY, | ) | |
| Defendant | ) | |

### AGREED ORDER

WHEREAS –

the Defendant, through counsel, has indicated a willingness to have his blood tested to enable government personnel affected by the Defendant's actions on or about September 30, 2016 to seek appropriate medical treatment;

the Defendant is being held at the Plymouth County Correctional Facility;

the Plymouth County Sherriff's Department has indicated that it will only draw the Defendant's blood if the Court so orders and also orders the Defendant to comply and cooperate with the blood draw;

the Plymouth County Sherriff assents to the entry of this Agreed Order and waives any right to be heard by the Court on this matter; and

the Defendant and the United States have agreed upon the terms of this Order;

IT IS HEREBY ORDERED:

1. That the Plymouth County (Massachusetts) Sherriff, or his designee, shall draw a sample of blood from inmate Stephen Berry (U.S. Bureau of Prisons ID no. 24760-038) and shall take any steps necessary to ensure that the blood sample is tested in a timely fashion for Hepatitis-B, Hepatitis-C, and HIV; and

2. That the Defendant, Stephen Berry, shall comply and cooperate with having his blood drawn by the Plymouth County Sherriff or his designee.

AGREED:

| | |
|---|---|
| STEPHEN BERRY<br>Defendant | CARMEN M. ORTIZ<br>United States Attorney |
| By: /s/ Mark Shea<br>Counsel for the Defendant | By: /s/ Timothy Landry<br>Special Assistant United States Attorney |

ORDERED:

_____
GEORGE A. O'TOOLE, JR.
U.S. DISTRICT JUDGE

Date:  October 25, 2016